IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


EVER AMILTON CAP LEJA, by
and through their next friend,
Lauren Pellien, et al.,

     Petitioners,

  v.                                 CIVIL NO. 1:26-CV-59
                                        (KLEEH)

ACTING DIRECTOR, UNITED
STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

     Respondents.


## ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Petitioners have filed a notice of voluntary dismissal. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

DATED: June 4, 2026


THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA